UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                    Bankr. Case No. 26-11741-13

Russell John Baker and Hannah W                                           Chapter 13
        BakerDebtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

In re:

Russell John Baker and Hannah W Baker

Debtor(s)

Bankr. Case No. 26-11741-13

Chapter 13

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2026 :

BRUCE H LEVITT
515 VALLEY ST
MAPLEWOOD, NJ  07040

Albert Russo
CN 4853
Trenton, NJ 08650

By  /s/ Mandy Youngblood

Mandy Youngblood

xxxxx49960 / 1128290