**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:                                                  Case No. 26-11741-CMG
                                                        Chapter 13

Russell John Baker
Hannah W. Baker aka Hannah Jane
Winckelmann Baker

Debtor(s).

### <u>NOTICE OF APPEARANCE</u>

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby

requests that all matters which must be noticed to creditors, any creditors' committees, and any

other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any

other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests

that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 009221995
       Stern & Eisenberg, PC
       1581 Main Street, Ste. 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: 215-572-8111
       Fax: 215-572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 18th day of May, 2026, to the following:

Bruce H Levitt
Levitt & Slafkes, P.C.
515 Valley Street
Suite 140
Maplewood, NJ 07040
blevitt@levittslafkes.com
*Attorney for Debtor(s)*

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
*Chapter 13 Trustee*

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Russell John Baker
7 Wellington Court
Colts Neck, NJ 07722

Hannah W. Baker aka Hannah Jane Winckelmann Baker
7 Wellington Court
Colts Neck, NJ 07722
*Debtor(s)*

By:        /s/ Steven K. Eisenberg
              Steven K. Eisenberg, Esquire