Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–11741–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Russell John Baker                          Hannah W Baker
7 Wellington Court                          aka Hannah Jane Winckelmann Baker
Colts Neck, NJ 07722                        7 Wellington Court
                                            Colts Neck, NJ 07722

Social Security No.:
  xxx–xx–2468                               xxx–xx–9041

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on February 17, 2026 and a confirmation hearing on such Plan has been scheduled for June 3, 2026.

The debtor filed a Modified Plan on June 1, 2026 and a confirmation hearing on the Modified Plan is scheduled for July 15, 2026 at 10:00 am. Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.      The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

        A full copy of the modified Plan will follow this notice.

Dated: June 2, 2026
JAN: llb

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 26-11741-CMG

Russell John Baker                                                                                 Chapter 13

Hannah W Baker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                 User: admin                                 Page 1 of 4

Date Rcvd: Jun 02, 2026                          Form ID: 186                              Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Russell John Baker, Hannah W Baker, 7 Wellington Court, Colts Neck, NJ 07722-1449 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521083973 | | CRM Loans Trust 2024-OM6 A, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| 520985711 | + | Centra State Medical Center, 916 State Route 33, Freehold, NJ 07728-8450 |
| 520985731 | | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 521006988 | + | Towd Point Asset Grantor Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 520985745 | + | Union County Orthopedic Group, 2333 Morris Avenue, Suite D109, Union, NJ 07083-5740 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 02 2026 21:06:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 521056691 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 02 2026 21:06:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520985704 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 02 2026 21:08:11 | Affirm, Inc., 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 521026964 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 02 2026 21:06:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 521044531 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:08:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520985705 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:07:57 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520985706 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 21:08:21 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520985707 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 21:05:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520985708 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 21:05:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521085880 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 21:05:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

District/off: 0312-3                          User: admin                                    Page 2 of 4
Date Rcvd: Jun 02, 2026                       Form ID: 186                                    Total Noticed: 63

| | | | |
|---|---|---|---|
| 520985709 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 21:08:06 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520985710 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 21:08:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520985713 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2026 21:08:17 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520985712 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2026 21:08:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520985714 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 21:08:12 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520985715 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 21:08:12 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521070229 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 21:08:12 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520985716 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 21:08:00 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520985717 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 21:08:24 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520985718 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2026 21:08:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520985719 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2026 21:08:21 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521054389 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | CrossCountry Mortgage, LLC, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520985720 | + Email/Text: mrdiscen@discover.com | Jun 02 2026 21:05:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520985723 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 02 2026 21:05:00 | First Mark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 520985722 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 02 2026 21:05:00 | First Mark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 520985721 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 02 2026 21:05:00 | First Mark Services, Attn: Bankruptcy Dept, P.O. Box 82522, Lincoln, NE 68501 |
| 521006987 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 02 2026 21:05:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 520985724 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 02 2026 21:05:00 | Fm/towd Point Assent G, 121 South 13th Street, Lincoln, NE 68508 |
| 520985726 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 02 2026 21:06:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520985725 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 02 2026 21:06:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520985727 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2026 21:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521060232 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2026 21:07:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521021948 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 02 2026 21:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520985729 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 02 2026 21:07:00 | Keybank N.A, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

| | | | | |
|---|---|---|---|---|
| 520985728 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 02 2026 21:07:00 | Keybank N.A, Attn: Bankruptcy Dept, 127 Public Square, Cleveland, OH 44114-1217 |
| 521065118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:07:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520985730 | | Email/Text: EBN@Mohela.com | Jun 02 2026 21:06:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520985733 | | Email/Text: EBN@Mohela.com | Jun 02 2026 21:06:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520985732 | | Email/Text: EBN@Mohela.com | Jun 02 2026 21:06:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520985738 | | Email/Text: EBN@Mohela.com | Jun 02 2026 21:06:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520985735 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 520985734 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 02 2026 21:06:00 | Nationstar Mortgage Ll, Attn: Bankruptcy, Po Box 612488, Dallas, TX 75261-2488 |
| 520985736 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2026 21:06:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 520985737 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2026 21:06:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521079757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2026 21:08:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520985740 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 02 2026 21:05:00 | State of New Jersey-Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 521013764 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2026 21:08:10 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520985739 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 02 2026 21:08:19 | Sofi Lending Corp/MOHELA, Po Box 654081, Dallas, TX 75265-4081 |
| 520985742 | ^ | MEBN | Jun 02 2026 20:59:46 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520985741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:04 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 520985744 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:07:52 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520985743 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:08:17 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520985746 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 02 2026 21:06:00 | Upstart Network Inc/cu, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521020724 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 02 2026 21:07:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521032385 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: 186 | Total Noticed: 63 |

| 521032548 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521032550 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521034088 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce H Levitt | on behalf of Joint Debtor Hannah W Baker blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Russell John Baker blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Joshua I. Goldman | on behalf of Creditor CRM Loans Trust 2024-OM6 A josh.goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8