| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** Matthew Fissel, Esquire 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 mfissel@kmllawgroup.com Attorneys for Secured Creditor: CrossCountry Mortgage, LLC |

**Order Filed on June 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: Russell John Baker Hannah W Baker a/k/a Hannah Jane Winckelmann Baker Debtors | Case No.: 26-11741 CMG Hearing Date: 6/3/2026 @10:00 a.m. Judge: Christine M. Gravelle |
|---|---|

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: June 12, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
  Debtors:        Russell John Baker & Hannah W Baker a/k/a Hannah Jane Winckelmann Baker
  Case No.:       26-11741 CMG
  Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                  DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, CrossCountry Mortgage, LLC, holder of a mortgage on real property located at 7 Wellington Ct, Colts Neck NJ 07722, Matthew Fissel appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Bruce H. Levitt, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall obtain a loan modification and file a Motion to Approve Loan Modification within 3 months of confirmation; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make regular post-petition payments in accordance with the terms of the note and mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserves the right to object to the claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if loss mitigation is unsuccessful, Debtors shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, selling the property, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.