Levitt & Slafkes, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
Tel: (973) 313-1200
E-Mail: blevitt@lsbankrutpcylaw.com
ATTORNEY FOR DEBTORS
BY: Bruce H. Levitt, Esq. (BL9302)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | :       CHAPTER 13 |
| RUSSELL JOHN BAKER and, | : |
| HANNAH W BAKER, | : |
| | :       Case No.: 26-11741 |
| Debtors. | : |
| | : |
| | : CERTIFICATION IN SUPPORT OF |
| | : MOTION TO APPROVE LOAN |
| | : MODIFICATION |
| | : |

Russell John Baker hereby certifies as follows:

1.  I am a Debtor in the above captioned matter. I make this Certification based on my personal knowledge.

2.  My wife and I agreed to and signed the loan modification agreement attached as Exhibit A to the Motion to Approve Loan Modification which was filed with this court on behalf of CRM Loans Trust 2024-OM6A.

3.  We respectfully request that the Court enter an Order approving that loan modification agreement.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to penalty of

perjury.

Russell John Baker

Dated:  July 9, 2026