UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**

Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for CRM Loans Trust 2024-OM6 A*

In Re:

**Russell John Baker and Hannah W Baker** ,

          Debtor(s).

---

Order Filed on July 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-11741-CMG

Chapter 13

Hearing Date: 07/15/2026

Judge: Christine M. Gravelle

---

### ORDER ON MOTION FOR AUTHORIZATION
### TO ENTER INTO LOAN MODIFICATION AGREEMENT

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having reviewed the Motion for Authorization to Enter into Loan Modification filed on June 11, 2026, as to the first mortgage concerning real property located at 7 Wellington Ct, Colts Neck, NJ 07722, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☒ Debtor is authorized to enter into the Loan Modification.

1) The loan modification must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into the Loan Modification Agreement; and

3) Unless the debtor's Plan has been confirmed with 100% to unsecured creditors, the debtor must file a Modified Chapter 13 Plan and Motions within 14 days of consummation of the loan modification, If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4) Check one:

☒ There is no order requiring the debtor to cure post-petition arrears through the Plan;

or

Post-petition arrears are capitalized into the Partial Claim Mortgage, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

Post-petition arrears have not been capitalized into the Partial Claim Mortgage, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5) If fees and costs related to loss mitigation/Partial Claim Mortgage are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed. The Motion for Authorization to Enter into Partial Claim Mortgage is denied.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-11741-CMG

Russell John Baker                                                                Chapter 13

Hannah W Baker

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                        Page 1 of 2

Date Rcvd: Jul 15, 2026                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID                         Recipient Name and Address**
db/jdb                       +  Russell John Baker, Hannah W Baker, 7 Wellington Court, Colts Neck, NJ 07722-1449

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name                        Email Address**

Albert Russo
                                docs@russotrustee.com

Bruce H Levitt
                                on behalf of Debtor Russell John Baker blevitt@levittslafkes.com
                                sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt
                                on behalf of Joint Debtor Hannah W Baker blevitt@levittslafkes.com
                                sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Joshua I. Goldman
                                on behalf of Creditor CRM Loans Trust 2024-OM6 A josh.goldman@padgettlawgroup.com  bkecf@padgettlawgroup.com

Matthew K. Fissel
                                on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0312-3                     User: admin                                    Page 2 of 2

Date Rcvd: Jul 15, 2026                  Form ID: pdf903                                Total Noticed: 1

Steven Eisenberg
                    on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                    on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9