Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−11741−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Russell John Baker<br>7 Wellington Court<br>Colts Neck, NJ 07722 | Hannah W Baker<br>aka Hannah Jane Winckelmann Baker<br>7 Wellington Court<br>Colts Neck, NJ 07722 |

Social Security No.:

| | |
|---|---|
| xxx−xx−2468 | xxx−xx−9041 |

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 6, 2026.

Dated: August 6, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-11741-CMG

Russell John Baker Chapter 13

Hannah W Baker

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4

Date Rcvd: Aug 06, 2026 Form ID: plncf13 Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Russell John Baker, Hannah W Baker, 7 Wellington Court, Colts Neck, NJ 07722-1449 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521083973 | | CRM Loans Trust 2024-OM6 A, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| 520985711 | + | Centra State Medical Center, 916 State Route 33, Freehold, NJ 07728-8450 |
| 520985731 | | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 521006988 | + | Towd Point Asset Grantor Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 520985745 | + | Union County Orthopedic Group, 2333 Morris Avenue, Suite D109, Union, NJ 07083-5740 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2026 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2026 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 06 2026 21:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Drive, Arlington, TX 76014-4101 |
| 521056691 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 06 2026 21:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520985704 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 06 2026 21:51:13 | Affirm, Inc., 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 521026964 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 06 2026 21:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 521044531 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 21:51:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520985705 | + | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 21:51:02 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520985706 | + | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 21:51:11 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520985707 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 06 2026 21:39:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520985708 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 06 2026 21:39:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521085880 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 06 2026 21:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

| | | | | |
|---|---|---|---|---|
| 520985709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 21:51:10 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520985710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 21:51:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520985713 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 06 2026 21:51:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520985712 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 06 2026 21:51:09 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520985714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:51:13 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520985715 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:51:13 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521070229 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:50:53 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520985716 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:51:13 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520985717 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:50:53 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520985718 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2026 21:50:51 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520985719 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2026 21:51:01 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521054389 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 06 2026 21:40:00 | CrossCountry Mortgage, LLC, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520985720 | + | Email/Text: mrdiscen@discover.com | Aug 06 2026 21:39:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520985723 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 06 2026 21:39:00 | First Mark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 520985722 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 06 2026 21:39:00 | First Mark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 520985721 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 06 2026 21:39:00 | First Mark Services, Attn: Bankruptcy Dept, P.O. Box 82522, Lincoln, NE 68501 |
| 521006987 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 06 2026 21:39:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 520985724 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 06 2026 21:39:00 | Fm/towd Point Assent G, 121 South 13th Street, Lincoln, NE 68508 |
| 520985726 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 06 2026 21:40:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520985725 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 06 2026 21:40:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520985727 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 21:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521060232 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2026 21:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521021948 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 06 2026 21:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520985729 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 06 2026 21:41:00 | Keybank N.A, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

| | | | | |
|---|---|---|---|---|
| 520985728 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 06 2026 21:41:00 | Keybank N.A, Attn: Bankruptcy Dept, 127 Public Square, Cleveland, OH 44114-1217 |
| 521065118 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2026 21:50:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520985730 | | Email/Text: EBN@Mohela.com | Aug 06 2026 21:40:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520985733 | | Email/Text: EBN@Mohela.com | Aug 06 2026 21:40:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520985732 | | Email/Text: EBN@Mohela.com | Aug 06 2026 21:40:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520985738 | | Email/Text: EBN@Mohela.com | Aug 06 2026 21:40:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521261081 | | Email/Text: EBN@Mohela.com | Aug 06 2026 21:40:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520985735 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 06 2026 21:40:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 520985734 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 06 2026 21:40:00 | Nationstar Mortgage Ll, Attn: Bankruptcy, Po Box 612488, Dallas, TX 75261-2488 |
| 520985736 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 06 2026 21:40:00 | Newrez, Attn: Bankruptcy, P.O.Box 10826, Greenville, SC 29603-0826 |
| 520985737 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 06 2026 21:40:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521079757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2026 21:50:52 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520985740 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 06 2026 21:39:00 | State of New Jersey-Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 521013764 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2026 21:50:53 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520985739 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 06 2026 21:51:00 | Sofi Lending Corp/MOHELA, Po Box 654081, Dallas, TX 75265-4081 |
| 520985742 | ^ | MEBN | Aug 06 2026 21:35:36 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520985741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:51:09 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 520985744 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:51:00 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520985743 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:51:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520985746 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 06 2026 21:40:00 | Upstart Network Inc/cu, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521020724 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 06 2026 21:41:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521032385 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521032548 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521032550 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521034088 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce H Levitt | on behalf of Joint Debtor Hannah W Baker blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Debtor Russell John Baker blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Joshua I. Goldman | on behalf of Creditor CRM Loans Trust 2024-OM6 A josh.goldman@padgettlawgroup.com bkecf@padgettlawgroup.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9