UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1460-C
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

**Order Filed on October 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

RUSSELL JOHN BAKER
HANNAH W. BAKER

Case No.: 26-11741

Hearing Date:

Judge: CMG

**ORDER PROVIDING THAT AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL IS UNAFFECTED BY DEBTORS' PLAN**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 2, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of Bruce H. Levitt, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

1. **That GM Financial is the holder of a first purchase money security interest encumbering a 2021 Chevrolet Silverado 1500 bearing vehicle identification number 3GCUYGEL2MG346963.**
2. **That aside from any pre-petition arrears to be paid through the Plan, GM Financial shall be unaffected by the Debtors' Chapter 13 Plan, and GM Financial's lien will not be discharged upon completion of the Plan.**