UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

GB-1460-C
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

**Order Filed on October 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

RUSSELL JOHN BAKER
HANNAH W. BAKER

Case No.: 26-11741

Hearing Date:

Judge: CMG

**ORDER PROVIDING THAT AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL IS UNAFFECTED BY DEBTORS' PLAN**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 2, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), with the appearance of Bruce H. Levitt, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

1. **That GM Financial is the holder of a first purchase money security interest encumbering a 2021 Chevrolet Silverado 1500 bearing vehicle identification number 3GCUYGEL2MG346963.**
2. **That aside from any pre-petition arrears to be paid through the Plan, GM Financial shall be unaffected by the Debtors' Chapter 13 Plan, and GM Financial's lien will not be discharged upon completion of the Plan.**

United States Bankruptcy Court

District of New Jersey

In re:
Russell John Baker
Hannah W Baker
Debtors

Case No. 26-11741-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Oct 02, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Russell John Baker, Hannah W Baker, 7 Wellington Court, Colts Neck, NJ 07722-1449 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Alyk L. Oflazian | on behalf of Creditor CRM Loans Trust 2024-OM6 A bkecf@padgettlawgroup.com BKECF@padgettlawgroup.com |
| Bruce H Levitt | on behalf of Debtor Russell John Baker blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Joint Debtor Hannah W Baker blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9